IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01464-NYW

CENTER FOR BIOLOGICAL DIVERSITY and
FOOD & WATER WATCH,

        Plaintiffs,

v.

SWIFT BEEF COMPANY,

        Defendant.

## JOINT MOTION TO TERMINATE CONSENT DECREE

COMES NOW Defendant, Swift Beef Company ("Swift Beef"), and Plaintiffs, Center for Biological Diversity and Food & Water Watch ("Plaintiffs" and, collectively with Swift Beef, the "Parties"), through their undersigned counsel, and hereby jointly move this Court for an Order terminating the Consent Decree entered by the Court on March 15, 2021 (Doc No. 80), and amended on May 27, 2022 (Doc. No. 86) and January 17, 2023 (Doc. No. 90), in the above-captioned matter (the "Consent Decree"). In support of this Joint Motion, the Parties state that the terms of the Consent Decree authorize termination of the same. In further support of this Joint Motion, the Parties state as follows:

    1.    Plaintiffs filed this lawsuit against Swift Beef on May 23, 2019, alleging certain violations of the Clean Water Act, 33 U.S.C. § 1251 *et seq.* ("Clean Water Act"), arising from Swift Beef's operation of the Lone Tree Wastewater Treatment Facility in Greeley, Colorado.

(Doc. No. 1). On January 21, 2021, Plaintiffs filed a Supplemental Complaint, which added claims alleging certain violations of the Clean Air Act, 42 U.S.C. §§ 7401 *et seq*. (Doc. No. 78).

2. Swift Beef denied the allegations in the Complaint and Supplemental Complaint, and on December 3, 2020, the Parties engaged in a mediation with Magistrate Judge Hegarty. That mediation resulted in a settlement between the Parties, which was memorialized in a Consent Decree lodged with the Court on January 20, 2021. (*See* Doc. No. 76).

3. On March 15, 2021, the Court entered the consent decree as proposed by the Parties. (Doc. Nos. 79, 80). Thereafter, on May 27, 2022 and January 17, 2023, the Court amended the consent decree pursuant to the Parties' agreement and Joint Motions, which amendments extended the time under paragraph 13(c) for Swift Beef to install and implement an Oestergaard brine evaporator system. (Doc. Nos. 85, 86, 89, 90). That evaporator system has been installed and implemented.

4. The Parties agreed in the Consent Decree that this Court would retain jurisdiction over this matter until the Consent Decree was terminated. *See also* Consent Judgment (Doc. No. 82) ¶ 17 ("This Court retains jurisdiction over this matter until termination of the Consent Decree …."). The termination provisions of the Consent Decree are found in paragraph 20, and state:

> 20. Unless otherwise modified by the Court, the provisions of this Consent Decree shall terminate twenty-seven (27) months from the date of entry of the Consent Decree, provided, however, Swift Beef has complied with the requirements in Paragraphs 13(b) and (c) above. If Swift Beef has not complied with the requirements of paragraph 13(b) and (c) above within twenty-seven (27) months

from the date of entry of the Consent Decree, then the Consent Decree, except for Paragraphs 13(a), 13(d), and 14, shall remain in effect until such time as the obligations in 13(b) and/or (c) are satisfied.

(Doc. No. 80, at pp. 13-14).

5. As of the date of this Joint Motion, more than twenty-seven (27) months have passed since the date the Consent Decree was entered by this Court. The Parties further stipulate that Swift Beef has satisfied the requirements in paragraph 13(b) and 13(c) of the Consent Decree. Accordingly, no further action under the Consent Decree remains, and the Parties respectfully submit that the Consent Decree should be terminated and the Court's jurisdiction over the above-captioned matter should cease.

WHEREFORE, Defendant Swift Beef Company and Plaintiffs Center for Biological Diversity and Food & Water Watch respectfully request that the Court enter an Order terminating the Consent Decree. A proposed form of Order has been submitted with this Motion.

Dated: November 17, 2023

Respectfully submitted,

*/s/ Steven P. Case*
Steven P. Case (NE Bar No. 16532)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Telephone: (402) 341-3070
Email: scase@mcgrathnorth.com

and

Matthew D. Clark
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303)607-3600
Email: matthew.clark@faegredrinker.com
*Attorneys for Defendant, Swift Beef Company*

Dated:   November 17, 2023                Respectfully submitted,

/s/ *Daniel Charles Snyder*
Daniel Charles Snyder
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, D.C. 20036
Telephone: (202)494-8600
Email: dsnyder@publicjustice.net
*Attorney for Plaintiffs, Center for Biological Diversity and Food & Water Watch*

and

Hannah Connor
1411 K St. NW, Suite 1300
Washington, D.C. 20005
hconnor@biologicaldiversity.org
*Attorney for Plaintiff,*
*Center for Biological Diversity*

and

Tarah Heinzen
1616 P St. NW, Suite 300
Washington, DC 20036
theinzen@fwwatch.org
*Attorney for Plaintiff,*
*Food & Water Watch*

- 4 -

- 5 -

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Daniel Charles Snyder
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, D.C. 20036
Telephone: (202)494-8600
Email: dsnyder@publicjustice.net
*Attorney for Plaintiffs*
*Center for Biological Diversity and*
*Food & Water Watch*

Hannah Connor
1411 K St. NW, Suite 1300
Washington, D.C. 20005
hconnor@biologicaldiversity.org
*Attorney for Plaintiff*
*Center for Biological Diversity*

Tarah Heinzen
1616 P St. NW, Suite 300
Washington, DC 20036
theinzen@fwwatch.org
*Attorney for Plaintiff*
*Food & Water Watch*

                */s/ Matthew D. Clark*
                Matthew D. Clark